## Eder, Appellant, v. Lansberry.

Argued November 13, 1973. *Charles S. Morrow,* with him *Spotts, Gill and Morrow,*

for appellant; *Bliss R. Mentzer,* with him *Lancaster, Mentzer, Coyne and Duffy,* for appellee.

Order affirmed.

SPAULDING, J., absent.